**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6691**

TRAVIS L. WATSON,

        Plaintiff - Appellant,

    v.

ERIK A. HOOKS, Former North Carolina Department of Public Safety Secretary; JOSHUA H. STEIN, North Carolina Attorney General; KENNETH LASSITER, Former Director of North Carolina Prisons; CLARENCE JOE DELFORGE, III, Special Deputy Attorney General,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Loretta C. Biggs, District Judge. (1:22-cv-00191-LCB-LPA)

Submitted: October 13, 2022                 Decided: October 18, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Travis L. Watson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis L. Watson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Watson's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b).  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Watson v. Hooks*, No. 1:22-cv-00191-LCB-LPA (M.D.N.C. filed June 3, 2022 & entered June 6, 2022).  We deny Watson's motion to consolidate this appeal with two of his other pending appeals.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*